869 F.2d 592
 U.S.
v.
Petrone (Steven), a/k/a Pardee (Steven), a/k/a Janocik
(Ken), a/k/a Thomas (Joseph), a/k/a Bataglia (Nick), a/k/a
Pete, a/k/a Gallo (Thomas G.), a/k/a Carson (Wayne),
Stroming (Jack Scott), a/k/a Parker (Jack), Hendel (Louis
Benjamin), a/k/a Kirkland (Louis B.), Hill (Thomas), a/k/a
Tamsett (Roy), Sacco (Joseph Michael), a/k/a Romano (Tony),
Carlino (Joseph Michael), Gaar (Horace Byron, Jr.), a/k/a
Jensen (George), Carver (Carl Scott), a/k/a Mitchell (Jerry),
 NO. 88-3605
 United States Court of Appeals,
Third Circuit.
 JAN 30, 1989
 
 Appeal From: W.D.Pa.,
 McCune, J.
 
 
 1
 AFFIRMED.